UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. S.C. AND MS. S.C., ON BEHALF OF
THEMSELVES AND THEIR MINOR CHILD
S.C.,

                            Plaintiffs,

             -against-

CITY OF NEW YORK, ET AL.,

                         Defendants.

25 CIVIL 3447 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the June 23, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:   June 24, 2025
         New York, New York

                                 /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                       Chief United States District Judge